## Receipt 1

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| Field | Value |
|---|---|
| Postage | $ 4.55 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.60 |

Sent To: US General Services Administration, Property Disposal Division

Postmark Here: MAY 4 2005

Article Number: 7003 1010 0003 3506 0434

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Administrator
   U.S. General Services Administration
   Property Disposal Division
   10 Causeway Street
   Boston, MA 02222

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — Agent / Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

Postmark: BOSTON MA, JFK PO BLDG, MAY 05 2005

3. Service Type:
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 3506 0434

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

## Receipt 2

**U.S. Postal Service CERTIFIED MAIL RECEIPT**

Article Number: 7004 0750 0000 8737 6558

| Field | Value |
|---|---|
| Postage | $ 4.55 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.60 |

Sent To: Atty General Alberto Gonzales, US Dept of Justice, 950 Pennsylvania Ave

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General Alberto Gonzales
   U.S. Department of Justice
   950 Pennsylvania Avenue
   Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type:
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 0750 0000 8737 6558

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

## Receipt 3

**U.S. Postal Service CERTIFIED MAIL RECEIPT**

Article Number: 7003 1010 0003 3506 0427

| Field | Value |
|---|---|
| Postage | $ 4.55 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.60 |

Sent To: P. Daniel Smith, P.O. Box 210

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   P. Daniel Smith
   Yorktown Battlefield
   Colonial National Historic Pk
   P.O. Box 210
   Yorktown, VA 23690

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Laura Elvridge — ☒ Agent  ☐ Addressee
B. Received by (Printed Name): Laura Elvridge
C. Date of Delivery: 5/6/05
D. Is delivery address different from item 1? ☐ Yes  ☒ No

3. Service Type:
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 3506 0427

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-15

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Kelly
   Acting Director of Property Disposal
   U.S. General Services Admin
   Property Disposal Division
   10 Causeway Street
   Boston, MA 02222

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   MAY 05 2005

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 0750 0000 8737 6541

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  John Kelly
Street, Apt. No.; or PO Box No.  10 Causeway
City, State, ZIP+4



# Track & Confirm

**Current Status**

You entered 7004 0750 0000 8737 6565

Your item was delivered at 8:58 am on May 06, 2005 in WASHINGTON, DC 20240.

( Shipment Details > )

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

**Notification Options**

▸ Track & Confirm by email   What is this?   ( Go > )

POSTAL INSPECTORS
Preserving the Trust
site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 4.55 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.60 |

Postmark Here  MAY 05

Sent To  Director
Nat'l Park Service US Dept. of Interior
Street, Apt. No.; or PO Box No.  1849 C Street N.W.
City, State, ZIP+4  Washington DC 20240

PS Form 3800, June 2002     See Reverse for Instructions



# Track & Confirm

**Current Status**

You entered 7004 0750 0000 8737 6572

Your item was delivered at 9:06 am on May 09, 2005 in WASHINGTON, DC 20240.

( Shipment Details > )

**Notification Options**

▸ Track & Confirm by email    What is this?    ( Go > )

**Track & Confirm**

Enter label number:

Track & Confirm FAQs


Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use. Privacy Policy




**UNITED STATES POSTAL SERVICE®**

## Track & Confirm

**Shipment Details**

You entered 7003 1010 0003 3506 0441

Your item was delivered at 8:58 am on May 06, 2005 in WASHINGTON, DC 20240.

Here is what happened earlier:

- ARRIVAL AT UNIT, May 06, 2005, 2:38 am, WASHINGTON, DC 20022

**Notification Options**

▸ Track & Confirm by email    What is this?    

**Track & Confirm**

Enter label number:

Track & Confirm FAQs

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use   Privacy Policy





**UNITED STATES POSTAL SERVICE**

# Track & Confirm

**Current Status**

You entered 7004 0750 0000 8737 6589

Your item was delivered at 9:06 am on May 09, 2005 in WASHINGTON, DC 20240.

( Shipment Details > )

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

**Notification Options**

▸ Track & Confirm by email    What is this?    ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use   Privacy Policy



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.55 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.60 |

Postmark Here — PRUDENTIAL CTR STA 02199 MAY 2005 BOS-05

Sent To: Craig Manson
Street, Apt. No.; or PO Box No.: 1847 C St. N.W.
City, State, ZIP+4: Washington, D.C. 20240

PS Form 3800, June 2002    See Reverse for Instructions

7004 0750 0000 8737 6589