Case 1:05-cv-10855-PBS   Document 3   Filed 05/27/2005   Page 1 of 2

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Baker's Island Lighthouse
Preservation Society, Inc.
and Robert Leavens

V.

U.S. Dept. of Interior, Secretary
of the Interior, National Park Service,
Director of National Park Service,
Craig Manson, As He Is Assistant
Secretary of Fish Wildlife and Parks,
Janet Snyder Matthews, As She Is
Associate Director, Cultural Resources, National
Park Service, P. Daniel Smith, As He Is Former
Special Assistant to the Office of the Director,
National Park Service, Administrator of General Services
General Services Administration, and John Kelly

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10855 PBS

TO: (Name and address of Defendant)

U.S. Attorney Michael J. Sullivan
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine J. Savoie
Posternak Blankstein & Lund LLP
The Prudential Tower, 32 Floor
800 Boylston Street
Boston, MA 02199

an answer to the complaint which is herewith served upon you, within ___60 days___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    APR 2 2005
CLERK                                                  DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | May 4th 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas L Savage | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon the U.S. Attorney by Delivering in hand to Marlon Ramirez the Person Designated to Accept Such Service at his last and usual place of employ t. wit One Courthouse Way Boston

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-4-2005
                Date                Signature of Server

427 Neck Street Weymouth Mass
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.