IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAKER'S ISLAND LIGHTHOUSE PRESERVATION SOCIETY, INC., and ROBERT LEAVENS,     Plaintiffs,   v.   UNITED STATES DEPARTMENT OF INTERIOR, *et al.*,     Defendants. | )  )  )  )  )  )  )  )  )  )  )  )  )  )   Civil Action No. 05-10855-PBS |

**ASSENTED-TO MOTION FOR ADDITIONAL TIME TO RESPOND TO COMPLAINT**

Defendants hereby move for an extension of thirty days, until and including August 5, 2005, to answer or otherwise respond to the Complaint. As good cause therefor, defendants aver that in the Complaint, brought under the Administrative Procedures Act, plaintiffs have named 10 defendants, including three agencies, and alleged violations of a relatively new statute in the course of multi-agency proceedings spanning an approximately twenty month period. Additional time is requested in order for counsel to obtain necessary information from the agencies to analyze the claims and defenses. The undersigned conferred with plaintiff's counsel, who assents to this request and the relief sought therein.

WHEREFORE defendants ask that this motion be granted and that it be given until

August 5, 2005 to respond to the Complaint.

                                                              Respectfully submitted,

                                                              By their attorney,

                                                              MICHAEL J. SULLIVAN
                                                              United States Attorney

                                                                /s/ Barbara Healy Smith
                                          By:    Barbara Healy Smith
                                                             Assistant U.S. Attorney
                                                              John Joseph Moakley U.S. Courthouse
                                                              1 Courthouse Way, Suite 9200
                                                              Boston, MA 02210
                                                             (617) 748-3263

Dated:  29 June 2005