UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BAKER'S ISLAND LIGHTHOUSE ) <br> PRESERVATION SOCIETY, INC. ) <br> And ROBERT LEAVENS ) <br>     Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> INTERIOR, SECRETARY OF THE ) <br> INTERIOR, NATIONAL PARK ) <br> SERVICE, DIRECTOR NATIONAL ) <br> PARK SERVICE, CRAIG MANSON, ) <br> As He Is Assistant Secretary Of Fish, ) <br> Wildlife And Parks, JANET SNYDER ) <br> MATTHEWS, As She Is Associate ) <br> Director, Cultural Resources, National Park ) <br> Service, P. DANIEL SMITH, As He Is ) <br> Former Special Assistant to the Office ) <br> Of The Director, National Park Service, ) <br> ADMINISTRATOR OF GENERAL ) <br> SERVICES, GENERAL SERVICES ) <br> ADMINISTRATION, and JOHN KELLY, ) <br> As He Is Acting Director of Property ) <br> Disposal, General Services Administration, ) <br>     Defendants ) <br> ) | Civil Action No. 05-10855-PBS |

**MOTION TO DISMISS FIVE UNNECESSARY DEFENDANTS**

Defendants hereby move to dismiss any purported claims against Janet Snyder Matthews, P. Daniel Smith, the "Administrator of General Services," the General Services Administration, and John Kelly (the "nondecisionmaking defendants"). As set forth more fully in the accompanying Memorandum, because the Administrative Procedure Act does not waive sovereign immunity for any purported claim against the nondecisionmaking defendants, this Court lacks subject matter jurisdiction, and these defendants should be dismissed pursuant to

Fed. R. Civ. P. 12(b)(1). Since there is no cognizable claim against the nondecisionmaking defendants in any event, plaintiffs' Complaint against them should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim. Because their inclusion as defendants needlessly complicates the case and is not necessary for the relief plaintiffs seek, dismissal of the nondecisionmaking defendants would be in keeping with the goals of Fed. R. Civ. P. 1, helping to secure the just, speedy, and inexpensive determination of the action. Plaintiffs will not be prejudiced thereby, and the action can proceed more efficiently.

    WHEREFORE defendants request that this Motion be granted and that the Court dismiss plaintiffs' Complaint with respect to Janet Snyder Matthews, P. Daniel Smith, Administrator of General Services, the General Services Administration, and John Kelly.

                                             Respectfully submitted,

                                             By their attorney,

                                             MICHAEL J. SULLIVAN
                                             United States Attorney

                                             /s/ Barbara Healy Smith
                         By:   Barbara Healy Smith
                                Assistant U.S. Attorney
                                John Joseph Moakley U.S.  Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
                                (617) 748-3263

Dated:   4 August 2005

**CERTIFICATE OF SERVICE**

    This is to certify that I have this  4th   day of August 2005, served a courtesy copy of the foregoing document upon plaintiffs' counsel of record, who will also get electronic notice of this filing,  by e-mail.

                                             /s/ Barbara Healy Smith
                                           Barbara Healy Smith
                                           Assistant United States Attorney

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

     Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that she had several telephone conversations with plaintiff's counsel, Catherine Savoie, to discuss defendants' proposal that to simplify the case and conserve resources, plaintiffs voluntary dismiss some of the defendants whose presence in the case was not necessary to plaintiffs' cause or relief, but that plaintiffs refused to dismiss any of the ten defendants.

                                                                 /s/ Barbara Healy Smith
                                                               Barbara Healy Smith

4 August 2005