IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BAKER'S ISLAND LIGHTHOUSE PRESERVATION SOCIETY, INC., and ROBERT LEAVENS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 05-10855-PBS |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATEMENT PURSUANT TO L.R. 16.1**

Pursuant to Local Rule 16.1, the parties conferred and discussed a proposed agenda for the initial scheduling conference on November 3, 2005 at 4:00 pm. The parties also discussed a proposed schedule. Counsel could not agree, however, on either, and so their separate proposals follow.

*Proposed Scheduling Conference Agenda*

**Plaintiffs' Proposed Agenda:**

1. Establish briefing schedule for plaintiffs' motion to compel production of documents from NPS and GSA;

2. Establish a deadline for all discovery requests to be served, including document requests, interrogatories, requests for admissions, and deposition notices;

3. Establish a deadline for all discovery to be completed;

4. Establish a schedule for briefing cross-motions for summary judgment;

5. Establish a trial date, if needed.

**Defendants' Proposed Agenda:**

1. Establish briefing schedule for summary judgment.

2. Discuss issue of appropriate defendants and plaintiffs' efforts to obtain discovery outside of administrative record; set briefing schedule if necessary.

*Proposed Schedules*

**Plaintiffs' Proposed Schedule**

1. The plaintiffs' motion to compel production of documents from the NPS and GSA shall be filed by January 15, 2006;

2. All other discovery requests, including interrogatories, requests for production of documents, admissions and deposition notices shall be served by: January 30, 2006;

3. All responses to all discovery requests are due, and all depositions shall be taken by: July 15, 2006;

4. All motions for summary judgment shall be filed by October 15, 2006;

5. All oppositions and cross-motions for summary judgment shall be filed by November 15, 2006; and

6. A trial date shall be established in the event that there are factual issues to be resolved at the conclusion of summary judgment.

**Defendants' Proposed Schedule**

1. If permitted by the Court, plaintiffs' motion to compel discovery shall be filed by November 10, 2005.

2. Plaintiffs' Motion for Summary Judgment shall be filed by December 2, 2005; defendants' Response and Cross-motion shall be filed by January 2, 2006; plaintiffs' Reply by January 17 and defendants' Surreply by January 30, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

/s/ Catherine J. Savoie (by BHS w/ permission)
Catherine J. Savoie
BBO # 544599
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
617-973-6274

/s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100