IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BAKER'S ISLAND LIGHTHOUSE PRESERVATION SOCIETY, INC., and ROBERT LEAVENS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 05-10855-PBS |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' STATEMENT FOR RULE 16 CONFERENCE**

Plaintiffs have informed defendants that they intend to file a further statement or other document for the November 3, 2005, Initial Scheduling Conference to explain their position on, *inter alia*, why they believe they are entitled to wide-ranging discovery beyond the Administrative Record. Accordingly, defendants respectfully submit the following:

1.   This is a straightforward APA case, challenging a final agency action by the Department of the Interior ("Agency") in its selection of an entity other than plaintiffs to which to convey the Baker's Island Lighthouse under the National Historic Lighthouse Preservation Act;

2.   The Court's review in an APA case is based on the record in existence at the time the Agency made its decision, not on a new record made in the District Court;

3.   Plaintiffs seek to complicate the case by raising issues and claims that were not raised before the Agency, that they have no standing to bring, and/or over which this Court lacks subject matter jurisdiction because there is no waiver of sovereign immunity;

4.   Plaintiffs also made allegations of "bad faith." Such allegations are insufficient to

establish the extraordinary circumstances under which discovery beyond the agency record may be permitted, particularly where the record evidences a clear, substantial basis for the Agency's decision.

5.      In raising these issues, plaintiffs suggest dragging the case out for many months:  the schedule plaintiffs propose provides nine months for taking wide-ranging discovery, and puts off summary judgment motions until a year from now;

6.      The Court should reject plaintiffs efforts to bring in extraneous issues and to take discovery, and order that summary judgment briefing begin immediately according to the schedule defendants propose, or a comparable schedule upon which the parties can agree.

                                           Respectfully submitted,

                                           By their attorney,

                                           MICHAEL J. SULLIVAN
                                           United States Attorney

                                           /s/ Barbara Healy Smith
                                           By:  Barbara Healy Smith
                                           Assistant U.S. Attorney
                                           John Joseph Moakley U.S.  Courthouse
                                           1 Courthouse Way, Suite 9200
                                           Boston, MA 02210
                                           (617) 748-3100

Dated:   3 November 2005