IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAKER'S ISLAND LIGHTHOUSE PRESERVATION SOCIETY, INC., and ROBERT LEAVENS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, <br><br> Defendants. | Civil Action No.: 05-10855-PBS |

**REPORT TO THE COURT**

At the Initial Scheduling Conference on November 3, 2005, the Court asked the parties to discuss settlement possibilities and to report to the Court within two weeks if the parties believed it would be helpful to be referred to mediation.

At the present time, it does not appear that a such a referral would be useful.

Respectfully submitted,

 /s/ Catherine J. Savoie (by BHS, w/ permission) 
Catherine J. Savoie
BBO # 544599
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
617-973-6274

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Barbara Healy Smith 
Barbara Healy Smith
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100