

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*                    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 21, 2005

Christine Patch, Docket Clerk
To The Honorable Patti B. Saris
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Baker's Island Lighthouse Preservation Society, Inc. v. U.S. Dept. of the Interior, *et al.*,
      C.A. No. 05-10855-PBS

Dear Ms. Patch:

With this letter I am forwarding the *Administrative Record* of the General Services Administration pertaining to the Baker's Island Lighthouse conveyance. The National Park Service Administrative Record was filed last August, and we have labeled this additional volume as Volume II, with separate bates numbering for the separate agency documents.

Should you have any questions, or if the Court would like an additional copy for chambers, please don't hesitate to call me.

Very truly yours,

Barbara Healy Smith
Assistant U.S. Attorney

Enclosure
cc:  Cathy Savoie, Esq., by hand