UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAKER'S ISLAND LIGHTHOUSE PRESERVATION SOCIETY, INC. And ROBERT LEAVENS<br>          Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, SECRETARY OF THE INTERIOR, NATIONAL PARK SERVICE, DIRECTOR NATIONAL PARK SERVICE, CRAIG MANSON, As He Is Assistant Secretary Of Fish, Wildlife And Parks, JANET SNYDER MATTHEWS, As She Is Associate Director, Cultural Resources, National Park Service, BRIAN SWEATLAND, As He Is Special Assistant to the Office Of The Director, National Park Service, ADMINISTRATOR OF GENERAL SERVICES, GENERAL SERVICES ADMINISTRATION, and JOHN KELLY, As He is Acting Director of Property Disposal, General Services Administration<br>          Defendants | C.A. No. 05-10855 PBS |

## MOTION TO EXTEND BRIEFING SCHEDULE REGARDING MOTION TO REVERSE DECISION
## (NOT OPPOSED)

The Plaintiffs move to extend the briefing schedule on their Motion to Reverse Decision. As grounds for this motion, Plaintiffs state that their counsel, Catherine J. Savoie, has been preparing for and trying a lengthy case which commenced in Norfolk Superior Court on January 17th and is not expected to conclude until February 1st, necessitating an extension in the filing of

ID # 457175v01/14457-2/ 01.25.2006

Plaintiffs' motion (currently due January 31, 2006) in the instant case. The new schedule requested by Plaintiffs **which is not opposed** by the Defendants, is:

1) Motion to Reverse Decision by the Plaintiffs due: March 15, 2006;

2) Defendants' Opposition due: April 17, 2006;

3) Plaintiffs' Reply due: May 1, 2006; and

4) Defendants' SurReply due: May 15, 2006.

Respectfully Submitted,
The Plaintiffs,
by their Attorney

**BAKER'S ISLAND LIGHTHOUSE
PRESERVATION SOCIETY, INC. AND
ROBERT LEAVENS**

/s/Catherine Savoie
Catherine Savoie, BBO #544599
POSTERNAK, BLANKSTEIN & LUND, L.L.P.
The Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100