

**U.S. Department of Justice**

***Michael J. Sullivan***  2006 FEB -9  P 1: 57
*United States Attorney*
*District of Massachusetts*  DISTRICT COURT
DISTRICT OF MASS.

_____

*Main Reception: (617) 748-3100*                    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

February 9, 2006

*By hand*

Christine Patch, Docket Clerk
To The Honorable Patti B. Saris
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:    Baker's Island Lighthouse Preservation Society, Inc. v. U.S. Dept. of the Interior, *et al.*,
        C.A. No. 05-10855-PBS

Dear Ms. Patch:

        Defendants recently realized that a two-page document in the administrative record  filed
last August is illegible (AR0217 and 0218).  I have obtained a more legible .pdf copy from the
agency, and am forwarding two copies with this letter (I believe last August we provided a
courtesy copy of the administrative record for Chambers).  The pages are three-hole punched for
easy insertion into the administrative record.

        Should you have any questions, please don't hesitate to call me.

                                            Very truly yours,

                                            Barbara Healy Smith/mcrw

                                            Barbara Healy Smith
                                            Assistant U.S. Attorney

Enclosure

cc:    Cathy Savoie, Esq., *via first-class mail*
        Jason Waanders, Esq., *via first-class mail*
        Carol Chirico, Esq., *via first-class mail*