UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAKER'S ISLAND LIGHTHOUSE PRESERVATION SOCIETY, INC. And ROBERT LEAVENS<br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, SECRETARY OF THE INTERIOR, NATIONAL PARK SERVICE, DIRECTOR NATIONAL PARK SERVICE, CRAIG MANSON, As He Is Assistant Secretary Of Fish, Wildlife And Parks, JANET SNYDER MATTHEWS, As She Is Associate Director, Cultural Resources, National Park Service, BRIAN SWEATLAND, As He Is Special Assistant to the Office Of The Director, National Park Service, ADMINISTRATOR OF GENERAL SERVICES, GENERAL SERVICES ADMINISTRATION, and JOHN KELLY, As He is Acting Director of Property Disposal, General Services Administration<br>　　　　Defendants | C.A. No. 05-10855 PBS |

**PLAINTIFFS'S MOTION FOR LEAVE TO FILE**
**MEMORANDUM OF GREATER THAN 20 PAGES**

　　　　Plaintiffs Baker's Island Light House Preservation Society and Robert Leavens hereby move for leave to file a memorandum in excess of the 20-page limit. Currently this memorandum is due to be filed on March 15, 2006.

　　　　The Plaintiffs' respectfully request a maximum of fifteen additional pages for their Motion to Reverse The Decisions of the National Park Service and Fish Wildlife and Parks and To Enlarge the Administrative Record. In further support thereof, the Plaintiffs state:

ID # 463187v01/14457-2/ 03.08.2006

1)	This appeal raises numerous issues of first impression to this Court, and concerns numerous failings of the United States under the National Historic Light House Preservation Act, 16 U.S.C. 470W-7; and

2)	The Administrative Record resulting from the administrative decision comprises of well in excess of 1100 pages of documents.

The Plaintiffs will make every effort to ensure that the additional pages do not exceed fifteen pages and actually anticipate requiring no more than ten additional pages. It is understood that the Plaintiffs will be required to file their memorandum as two documents – part I (20 pages) and part II (10 to 15 additional pages).

        **BAKER'S ISLAND LIGHTHOUSE**
        **PRESERVATION SOCIETY, INC. AND**
        **ROBERT LEAVENS**
        By their attorney,

        /s/Catherine Savoie
        Catherine Savoie, BBO #544599
        POSTERNAK, BLANKSTEIN & LUND, L.L.P.
        The Prudential Tower
        800 Boylston Street
        Boston, MA  02199
        (617) 973-6100