UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAKER'S ISLAND LIGHTHOUSE PRESERVATION SOCIETY, INC. And ROBERT LEAVENS<br>　　　　Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, SECRETARY OF THE INTERIOR, NATIONAL PARK SERVICE, DIRECTOR NATIONAL PARK SERVICE, CRAIG MANSON, As He Is Assistant Secretary Of Fish, Wildlife And Parks, JANET SNYDER MATTHEWS, As She Is Associate Director, Cultural Resources, National Park Service, BRIAN SWEATLAND, As He Is Special Assistant to the Office Of The Director, National Park Service, ADMINISTRATOR OF GENERAL SERVICES, GENERAL SERVICES ADMINISTRATION, and JOHN KELLY, As He is Acting Director of Property Disposal, General Services Administration<br>　　　　Defendants | C.A. No. 05-10855 PBS |

## AFFIDAVIT OF THOMAS HALLOWELL

I, Thomas Hallowell, being duly sworn, depose and say as follows:

1. I am the former president of the Baker's Island Lighthouse Preservation Society, one of the plaintiffs in the above-captioned litigation. I was president of the Society since its inception in 1999 until 2005.

1

2. I make this affidavit in support of the plaintiffs' Motion to Reverse the Decisions of the Department of the Interior, National Park Service and Fish, Wildlife and Parks and to Enlarge the Administrative Record.

3. I have personal knowledge of the facts set forth herein.

4. I was present on May 19, 2004 when a group of government officials representing the Department of Interior, the General Services Administration, the National Park Service and the Coast Guard visited Baker's Island to meet with the two entities who had submitted applications to the National Park Service for acquisition of the Baker's Island Light Station, the Essex National Heritage Commission ("ENHC") and the Baker's Island Lighthouse Preservation Society ("BILPS").

5. The government entourage arrived on a special flat bowed or low drop boat owned by the Trustees of Reservations and piloted by a captain of the Trustees, .

6. Also accompanying the government officials was Annie Harris, the Executive Director of ENHC.

7. The group gathered at one of the keeper's cottages on the Light Station. Mr. Daniel Smith delivered the introductory remarks. He identified himself as a Special Assistant to the Director of the National Park Service and stated that he was in the position to facilitate and troubleshoot the deaccessing of light stations.

8. He further stated that he would be writing the official decision determining which of the two contestants would be the recipient of the deed and that he would write the decision in such a way that it would be acceptable to the Secretary of the Interior and would be impregnable to an appeal.

ID # 462838v02/14457-2/ 03.15.2006

9. Mr. Smith also informed me and others that, while the two contestants' proposals were very close upon evaluation, ENHC would be the selected applicant.

10. I believe that Mr. Smith's indication that ENHC would be the successful applicant and that he would write the recommendation and decision in such a way that it would be impregnable to an appeal, constituted coercion to BILPS to refrain from challenging the government's action with regard to the Baker's Island Light Station.

SIGNED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS <u>7th</u> DAY OF March, 2006.

                                        /s/ Thomas Hallowell
                                            Thomas Hallowell

ID # 462838v02/14457-2/ 03.15.2006