UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAKER'S ISLAND LIGHTHOUSE PRESERVATION SOCIETY, INC. And ROBERT LEAVENS<br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, SECRETARY OF THE INTERIOR, NATIONAL PARK SERVICE, DIRECTOR NATIONAL PARK SERVICE, CRAIG MANSON, As He Is Assistant Secretary Of Fish, Wildlife And Parks, JANET SNYDER MATTHEWS, As She Is Associate Director, Cultural Resources, National Park Service, BRIAN SWEATLAND, As He Is Special Assistant to the Office Of The Director, National Park Service, ADMINISTRATOR OF GENERAL SERVICES, GENERAL SERVICES ADMINISTRATION, and JOHN KELLY, As He is Acting Director of Property Disposal, General Services Administration<br>　　　　Defendants | C.A. No. 05-10855 PBS |

## AFFIDAVIT OF STEVE ADELSON, ESQUIRE

I, Stephen M. Adelson, being duly sworn, depose and say as follows:

1.　　I am an attorney, admitted to the Massachusetts Bar since 1969.

2.　　My legal practice focuses on commercial and residential real estate conveyancing.

I am also a certified title insurance agent for numerous title insurance companies. In

addition to my real estate practice I also provide expert testimony in real estate conveyance matters. A copy of my résumé is attached as <u>Exhibit A</u>.

3. I have been retained by the Plaintiffs in connection with the above captioned action to provide my opinion concerning the marketability of the title to approximately 10.02 acres of land, complete with improvements thereon, located on Baker's Island, Salem Sound, Massachusetts ("Property").

4. Said Property is more fully described as being located on the Northern point of Baker's Island, comprising of approximately 10.02 acres and improved with a 59' granite lighthouse, a two-story keeper's cottage, a two-story assistant keeper's cottage, a one-story oil house, and a one-story fog signal building.

5. Upon information and belief it is my understanding that the United States of America claims that it holds title to this Property and seeks to transfer it under the National Lighthouse Peservation Act, 16 U.S.C. 470.

6. It is my understanding that the Plaintiffs have been unable to locate any form of deed, grant, order of taking or other such document that suggests good and sufficient marketable title is vested in the name of the United States despite extensive searches, nor has any such document been produced despite litigation discovery and repeated requests under the Freedom of Information Act. Neither the Plaintiffs nor the Defendants can find any form of deed, order or other document memorializing a conveyance.

7. As a result, it is my professional opinion, based on my experience in real estate conveyancing and title evaluation, that the United States of America does not hold good marketable and insurable title.

8.      Further, based on my review of the documents, as more fully described below, it is my opinion that there are significant discrepencies and conflicts between the various descriptions of the Property. As a result it is extremely difficult to determine exactly where the boundary of the alleged Property lies as well as that of the boundaries of the abutters.

9.      It is my opinion that a Land Court registration or confirmation should be done to perfect and/or determine ownership. Registration or confirmation by the Land Court is necessary to adequately determine the status of the title to the Property and to protect the property rights of abutters.

10.     My opinions given above, are based on my professional experience, personal knowledge and upon a review of the following documents provided by the Plaintiffs (all of these documents are attached to the Affidavit of Robert Leavens):

   a)   A copy of a document dated June 18, 1796 signed by the Governor of Massachusetts, S. Adams and which appears to be an act to cede jurisdiction of the land to the United States of America and to establish a procedure for the land to be taken via eminent domain if it is not successfully acquired;

   b)   An extract that is from the July 1797 Term of the General Court;

   c)   An extract that is from the October 1797 Term of the General Court along with a map drawn by Gideon Foster;

   d)   An email from Angela Kalhorran to Saundra A. Robbins, dated November 26, 2002;

   e)   A document entitled "Attorney's Report of Title" dated 26 October, 1973;

ID # 462338v03/14457-2/ 03.15.2006

f)  Deeds concerning the land swap between the United States and Henry W. Morse in 1901 along with a descriptive sketch map drawn by the Plaintiffs for reference only;

g)  A copy of the nomination submission to the National Register which appears to incorrectly reference the boundary of the land prior to the land swap with Henry Morse;

h)  The description of the Property as given in the Notice of Availability dated May 23, 2003; and

i)  The affdavit of Robert Leavens.

SIGNED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ DAY OF March, 2006.


/s/ Stephen M. Adelson            ___
Stephen M. Adelson, Esq



ADELSON LORIA & WEISMAN, P.C.
ONE INTERNATIONAL PLACE
BOSTON, MA 02110
TELEPHONE: (617) 330-1625
TELEFAX: (617) 330-1642
E-MAIL: firm@alwfirm.com

# STEPHEN M. ADELSON

## Education

University of Pennsylvania, Philadelphia, Pennsylvania
B.A., with honors, 1966
J.D., 1969
Member, Phi Beta Kappa

## Professional Experience

| | |
|---|---|
| 1969 to 1970 | Slater, Goldman, Gillerman & Shack<br>Boston, Massachusetts |
| 1970 to 1972 | Office of the Area Counsel, U.S.<br>Department of Housing and Urban Development<br>Boston, Massachusetts |
| 1972 to 1976 | Fitzgerald, Gordon & Adelson<br>Boston, Massachusetts |
| 1977 to 2000 | Adelson, Golden, Loria & Simons, P.C.<br>(formerly Adelson & Adelson, Adelson<br>& Golden and Adelson, Golden & Loria, P.C.)<br>Boston, Massachusetts |

### ADELSON LORIA & WEISMAN, P.C.

| | |
|---|---|
| 2001 to 2002 | Cherwin Theise Adelson & Loria LLP<br>Boston, Massachusetts |
| 2003 – Present | Adelson Loria & Weisman P.C.<br>Boston, Massachusetts |

## Memberships
American Bar Association
Massachusetts Bar Association
Massachusetts Conveyancers Association