UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Baker's Island Lighthouse Preservation Society, Inc.,**
**et al**
        Plaintiff(s),	CIVIL ACTION
	NO.  05-10855-PBS
  v.

**United States Department of the Interior, et al**
        Defendant(s).

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.	March 28, 2006

     The Motion Hearing re: Motion to Reverse Decision previously scheduled for April 5, 2006, has been **rescheduled** to **May 25, 2006, at 4:00 p.m.**

              By the Court,

                /s/ Robert C. Alba
              Deputy Clerk

Copies to:  All Counsel

resched.ntc