IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BAKER'S ISLAND LIGHTHOUSE PRESERVATION SOCIETY, INC., and ROBERT LEAVENS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-10855-PBS |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION TO EXTEND BRIEFING SCHEDULE
AND TO EXCEED PAGE LIMIT FOR BRIEF**

Defendants hereby move for an extension of eight business days from the current due date, from April 17 to April 27, 2006, for defendants to reply to plaintiffs' "Motion to Reverse Decision." As grounds therefor, defendants state that:  additional time is needed to respond to the wide range of issues addressed in plaintiffs' 34-page brief and to coordinate review and finalizing of the brief with two separate agencies; and the change in schedule when plaintiffs sought and were granted a six-week extension for filing their initial brief has meant that the period for defendants' counsel to draft the response brief coincided with several other briefing deadlines and previously scheduled business and personal travel. The new schedule requested by defendants **which is not opposed by the plaintiffs**, **is:**

1) Defendants' Opposition and Cross-motion due:  April 27, 2006
2) Plaintiffs' Reply due:  May 11, 2006; and
3) Defendants' Surreply due:  May 25, 2006.

In addition, defendants seek the Court's leave to exceed the briefing page limit by up to fifteen pages, in order to be able to summarize the administrative proceedings and applicable

statutory provisions, and to address the many issues and allegations raised.  **Plaintiffs will not oppose this request either.**

WHEREFORE defendants ask that this motion be granted and that they be given until April 27, 2006 to file their response, and leave to file a brief in excess of twenty pages.

                Respectfully submitted,

                By their attorney,

                MICHAEL J. SULLIVAN
                United States Attorney

                 /s/ Barbara Healy Smith
By:   Barbara Healy Smith
      Assistant U.S. Attorney
      John Joseph Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3263

Dated: 6 April 2006

---

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion, filed through the ECF system on 6 April 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

  /s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney

---

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that on 6 April 2006, she spoke with plaintiffs' counsel, Mr. Moss, regarding the grounds for and relief requested by this motion and was informed that while plaintiffs would not assent to either request, counsel would not oppose this motion.

  /s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney