IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAKER'S ISLAND LIGHTHOUSE ) <br> PRESERVATION SOCIETY, INC., ) <br> and ROBERT LEAVENS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> INTERIOR, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 05-10855-PBS |

**MOTION TO AFFIRM DECISION OF THE SECRETARY AND TO STRIKE EXTRA-RECORD DOCUMENTS, AND RENEWAL OF MOTION TO DISMISS UNNECESSARY DEFENDANTS**

Defendants hereby move for an order affirming the decision of the Secretary of the United States Department of the Interior dated April 22, 2005, submitting to the General Services Administration the name of the Essex National Heritage Commission as the selected eligible entity to receive the Baker's Island Light Station. In addition, defendants move to strike the four affidavits and attachments thereto with which plaintiffs seek to supplement the administrative record in this case.

As set forth more fully in defendants' Consolidated Memorandum in Opposition to "Motion to Reverse Decisions and To Enlarge the Administrative Record," and in Support of Motion to Affirm Decision and To Strike Extra-Record Documents and Renewal of Motion to Dismiss Unnecessary Defendants, the decision at issue was well-reasoned, had a rational basis, and is fully supported by the record. Nor have plaintiffs made an adequate showing, by admissible evidence, that there was bad faith on the part of the agencies so as to justify supplementing the record. Should the Court nonetheless decide to consider the four affidavits

plaintiffs have submitted, <u>defendants hereby request the opportunity to submit affidavits of their own</u>, particularly from the agency officials plaintiffs purport to quote in their filings.

Finally, because the only appropriate defendant to the action is the Secretary of the Department of Interior, defendants hereby renew their August 4, 2005, Motion to Dismiss Unnecessary Defendants.

WHEREFORE, the Court should deny plaintiffs' motion, strike the extra-record documents, affirm the decision of the Secretary, and dismiss the unnecessary defendants.

    Respectfully submitted,

    By their attorney,

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Barbara Healy Smith
By:    Barbara Healy Smith
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3263

Dated:  27 April 2006

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ Barbara Healy Smith
Dated: 27 April 2006    Barbara Healy Smith
    Assistant United States Attorney