UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAKER'S ISLAND LIGHTHOUSE PRESERVATION SOCIETY, INC. And ROBERT LEAVENS<br>        Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, SECRETARY OF THE INTERIOR, NATIONAL PARK SERVICE, DIRECTOR NATIONAL PARK SERVICE, CRAIG MANSON, As He Is Assistant Secretary Of Fish, Wildlife And Parks, JANET SNYDER MATTHEWS, As She Is Associate Director, Cultural Resources, National Park Service, BRIAN SWEATLAND, As He Is Special Assistant to the Office Of The Director, National Park Service, ADMINISTRATOR OF GENERAL SERVICES, GENERAL SERVICES ADMINISTRATION, and JOHN KELLY, As He is Acting Director of Property Disposal, General Services Administration<br>        Defendants | C.A. No. 05-10855 PBS |

**<u>SECOND AFFIDAVIT OF ROBERT LEAVENS, INDIVIDUALLY, AND AS A DIRECTOR *AND PRESIDENT* OF BAKER'S ISLAND PRESERVATION SOCIETY.</u>**

I, Robert Leavens, being duly sworn, depose and say as follows:

1. Attached to this affidavit is a copy of a map of the County of Essex, Massachusetts. A true and accurate copy of this map, as received by me, is attached to this affidavit as **Exhibit A**.

2. This map was provided to me by the Salem Registry of Deeds and was described as the official map of Essex County.

3. The map was provided on May 10th, 2006.

SIGNED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10th DAY OF MAY, 2006.

/s/Robert Leavens
Robert Leavens

ID # 470951v01/14457-2/ 05.10.2006