May 26, 2006

Catherine J. Savoie
617-973-6274
617-722-4951 FAX
csavoie@pbl.com

Hon. Patti Saris
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

Re:     *Bakers Lighthouse Preservation Society, Inc., et al v. United States Department of the Interior,*
        C.A. 05-10855 PBS

Dear Judge Saris,

To assist the Court in reviewing the record appendix and other submissions in this case, I offer the following citations to the record regarding the issues raised by the Court at the hearing of the above matter yesterday:

1.      **National Park Service ("NPS") funding of the Essex National Heritage Commission ("the Commission"):**

        AR 0310; AR 0311; AR 0716; AR 0717.

2.      **NPS and Commission as co-applicants**

        AR 0245; AR 0280; GSA 0128 (second page of the email is not Bates stamped and contains the Commission's admission that the proposal to be submitted by the Commission is a "National Park Service/ENHC proposal"); AR 0611; AR 0612.

3.       **Access to the Island**

        AR 003; AR 0149; AR 0173; AR 0179 – 0186; AR 0211; AR 0247;AR 0539; AR 0562; AR 0563; AR 0576; AR 0708; Affidavit of Elizabeth Ware, paragraphs 65, 66 and 68; Affidavit of Robert Leavens, Individually, and as a Director and President of BILPS, Paragraph 46.

        In addition, the Court might find the following references helpful:

        BILPS 0194-0197 (precedent for shore side exhibits; demonstrates no policy for reasonable access), GSA 0328-0329 (non-agency statement of the two applicants' approach to access).

4.       **Issues raised by the plaintiffs before the final agency action of April 22, 2005 (AR 0726)**

        AR 0659 – 0667; AR 0688 – 0690; BILPS 0001 – 0009; BILPS 0465, 0466, 0469, 0473, 0483 -   0485 (Note: BILPS bates stamped documents are submitted in support of the Affidavit of Elizabeth Ware).

Hon. Patti Saris
May 26, 2006
Page 2


I hope this list of citations is of assistance to you.

Very truly yours,

/s/ *Catherine J. Savoie*

Catherine J. Savoie




CC:    Barbara Healy Smith, Assistant U.S. Attorney
       Elizabeth Ware
       Robert Leavens
       Ian Moss, Esq.