

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*        *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

9  June 2006

Hon. Patti Saris
U.S. District Court, District of Massachusetts
John J. Moakley U.S. Courthouse
Boston, MA 02210

      Re:    Baker's Island Lighthouse Preservation Society v. U.S. Dept. Of the Interior, *et al.*, C.A. No. 05-10855

Dear Judge Saris:

      As plaintiffs did in their May 26, 2006 letter, defendants provide the following citations to the administrative record on the issues discussed at the hearing on May 25, 2006.

1. **The Two Applicants' Use Plans**
   AR176-186 (BILPS)
   AR255-260 (ENHC)

2. **Access to the Light Station**
   **GSA**0888, 104-105, 109-110, 127-128 (and following page); 141, 178, 250, 252-53, 262, 263-69, 270, 325.
   **AR**003, 149, 152, 173, 179, 183, 184, 211, 247-49, 252, 279, 284, 505, 527, 539, 551, 552, 559-560, 562, 563, 576, 703, 708.

3. **Supposed "NPS" Visit to Baker's Island Light Station before official site visit**
   AR611-612.

4. **Federal Funding of ENHC**
   AR0317, 310-11, 661-662.
   see also Division II of the Omnibus Parks and Public Lands Management Act of 1996, Pub. L. No. 104-333 (listed at 16 U.S.C.A. § 461 note), §§ 505(b), 508(a) (Ex. A to Defendants' Consolidated Memorandum).

5. **Appeal Procedures**
   AR652-655.

Hon. Patti Saris
9 June 2006
Page 2


6. **Issues raised by the Preservation Society in its Administrative Appeal**[1]
   AR668; AR659-667.


    Defendants hope this is of assistance.

    Sincerely,

    /s/ Barbara Healy Smith

    Barbara Healy Smith
    Assistant U.S. Attorney

cc:   Catherine Savoie (via ECF Notice)
      Jason Waanders (via e-mail)

---

[1] Does not include cites for issues raised only in FOIA correspondence.