UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Baker's Island Lighthouse
Preservation Society, Inc., et al,
    Plaintiffs,

V.

United States Department
of the Interior, et al,
    Defendants.

CIVIL ACTION:   05-10855-PBS

## FINAL JUDGMENT

SARIS, U.S.D.J.                                                          October 19, 2006

    Pursuant to this Court's Memorandum and Order dated October 17, 2006, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Defendants.

By the Court,

_/s/ Robert C. Alba__
Deputy Clerk